**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA F. ASTUDILLO, | ) | |
| formerly known as MARIA F. MANCILLA, | ) | |
| | ) | |
| Plaintiff, | ) | 12-CV-5072 |
| | ) | |
| vs. | ) | Judge John F. Grady |
| | ) | Magistrate Daniel G. Martin |
| JEROLD KAPLAN LAW OFFICE, PC; | ) | |
| and MIDLAND FUNDING LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION**
**OF THE DISCOVERY CUT-OFF DEADLINE**

Plaintiff Maria F. Astudillo, f/k/a Maria F. Mancilla, hereby requests that this Court

extend the discovery deadline by sixty days. In support of her motion, plaintiff states as follows:

1.	Plaintiff sued defendants for violation of the Fair Debt Collection Practices

Act and the Illinois Consumer Fraud Act, wrongful garnishment and common law fraud after

defendants garnished her wages for the debt of another consumer with the same first name and a

similar social security number.

2.	On September 12, 2012, this Court set a January 14, 2013 discovery cut-off

deadline.

3.	Plaintiff served defendants with written discovery on September 14, 2012,

and defendants responded on October 25, 2012, but would not produce documents until after the

entry of a protective order. The parties filed a motion for entry of a protective order on October 29,

2012, which was granted on November 6, 2012. On November 16, 2012, defendants produced some

of the documents they agreed to produce.

4.      Plaintiff contacted defendants pursuant to Rule 37 by email starting on December 7, 2012, and by letter on December 10, 2012 regarding the missing documents (including documents relating to defendants' bona fide error defenses), disputes over redaction of important information and defendants' objections to her discovery requests.  Defendants' redactions, which include redaction of most of the original Citibank account number for the underlying debt, are delaying  plaintiff's efforts to subpoena Citibank[1] and Sherman Acquisitions (the debt buyer Midland acquired the debt from).  Counsel had arranged to confer by phone about the disputes on December 13, 2012, but was informed that a new attorney will be working on the case who needed more time to prepare for the discovery conference.  Defendants' counsel has suggested rescheduling the conference until December 19, 2012.

5.      Although plaintiff still does not have all of the documents she requested, she issued notices of deposition to both defendants on December 11, 2012, for depositions from December 19-21, 2012.

6.      On December 13, 2012, defendants' counsel informed plaintiff's counsel that neither defendant is available for depositions on the requested dates.  Given the upcoming holidays, plaintiff anticipates that it will be difficult to schedule the depositions until the second week of January, 2013, at the earliest. Neither defendant is located in Illinois, although plaintiff hopes to take the depositions by telephone if possible.

7.      Along with the above discovery efforts, the parties have been exchanging

---

[1] Plaintiff believes that inclusion of the full account number on the subpoena will assist Citibank and Sherman Acquisitions in locating the correct account, as plaintiff is not sure whose name and social security number is attached to the debt as there is some dispute over whether this situation was caused by identity theft or a mixed credit file.

settlement demands and offers.  The parties have considered requesting a settlement conference, but defendants' counsel was informed by Magistrate Martin's office that his earliest available dates are in late January.    The parties would prefer to focus their efforts on settlement, rather than undertaking expensive depositions.

8.      Plaintiff therefore requests that this Court extend the discovery cut-off date by 60 days.  Defendants have no objection to this motion.

WHEREFORE, plaintiff requests that this Court extend the January 14, 2013 discovery cut-off date by 60 days.

                                    s/Tara L. Goodwin
                                    Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, hereby certify that on December 14, 2012, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com
ktresley@hinshawlaw.com

s/Tara L. Goodwin
Tara L. Goodwin

Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)