# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARIA F. ASTUDILLO, <br> formerly known as MARIA F. MANCILLA, <br><br> Plaintiff, <br><br> vs. <br><br> JEROLD KAPLAN LAW OFFICE, PC; <br> and MIDLAND FUNDING LLC; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 12-CV-5072 <br><br><br> Judge John F. Grady <br> Magistrate Daniel G. Martin |

## AGREED MOTION FOR AN EXTENSION
## OF THE DISCOVERY CUT-OFF DEADLINE

Plaintiff Maria F. Astudillo, f/k/a Maria F. Mancilla, by and through her counsel, and defendants Jerold Kaplan Law Office, PC and Midland Funding, LLC, by and through their counsel, hereby request that this Court extend the discovery cut-off deadline by ninety-one days.

In support of their motion, the parties state as follows:

1. Plaintiff sued defendants for violation of the Fair Debt Collection Practices Act and the Illinois Consumer Fraud Act, wrongful garnishment and common law fraud after defendants garnished her wages for the debt of another consumer with the same first name and a similar social security number.

2. On December 18, 2012, this Court set a March 15, 2013 discovery cut-off deadline.

3. The parties continue to discuss settlement, and on December 21, 2012, Judge Grady referred this case to Magistrate Judge Martin for a settlement conference.

4. A settlement conference for this case has been scheduled before Magistrate Judge Martin on April 16, 2013.

5. The parties requested a settlement conference before the current discovery cut-off deadline but Magistrate Judge Martin was not available to conduct a settlement conference before the current discovery cut-off deadline. The earliest settlement conference date available was April 16, 2013.

6. In light of the date of this settlement conference, the parties request that the Court extend the current discovery cut-off date of March 15, 2013 until approximately sixty days after the settlement conference has been completed, up through and including June 14, 2013.

7. The parties therefore request that this Court extend the discovery cut-off date by ninety-one days.

8. The parties will continue to work to settle the case prior to the settlement conference on April 16, 2013.

9. The parties do not bring this motion to unnecessarily delay proceedings.

WHEREFORE, the parties request that this Court extend the March 15, 2013 discovery cut-off date by ninety-one days to June 14, 2013.

                                            s/Tara L. Goodwin
                                            Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

s/Katherine H. Tresley
									Katherine H. Tresley

David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, hereby certify that on January 11, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
dschultz@hinshawlaw.com
ktresley@hinshawlaw.com

                                                s/Tara L. Goodwin
                                                Tara L. Goodwin

Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)